

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00307-CV

---

Jeff Silva, Appellant

v.

Denise Baca, Appellee

---

On Appeal from the County Court at Law No 5
El Paso County, Texas
Trial Court No. 2023DCM4899

---

## MEMORANDUM OPINION

On March 18, 2026, Appellant filed a motion requesting that the Court dismiss his appeal.

*See* Tex. R. App. P. 42.1(a)(1). Appellant states that he "no longer wishes to pursue" the appeal.

We grant the Appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

Costs of the appeal are taxed against Appellant. Tex. R. App. P. 42.1(d).

MARIA SALAS MENDOZA, Chief Justice

March 20, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.